UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE: 9:11-cv-80369-KLR

ROBERT COHEN, Individually;
PATRICIA KENNEDY, Individually; and
ACCESS FOR THE DISABLED, INC., a
Florida Not-For-Profit Corporation,

    Plaintiffs,

vs.

CHATEAU DE CRISTO, INC. d/b/a
CHATEAU DE CRISTO JEWELERS; and
JAMES BATMASIAN, Individually

    Defendants.
_____/

## STIPULATION FOR APPROVAL AND ENTRY OF CONSENT DECREE; STIPULATION AGREEMENT FOR FEES AND COSTS; AND DISMISSAL OF CASE WITH PREJUDICE

COME NOW the Plaintiffs, ROBERT COHEN, PATRICIA KENNEDY, ACCESS FOR THE DISABLED, INC., and Defendants, CHATEAU DE CRISTO, INC. d/b/a CHATEAU DE CRISTO JEWELERS and JAMES BATMASIAN, by and through undersigned counsel, hereby move this court to approve and enter judgment on the Proposed Consent Decree annexed hereto as Exhibit "A" ("the Consent Decree").

Pursuant to Title III of the Americans with Disabilities Act this Court is authorized to enter a Consent Decree requiring a public accommodation to alter facilities to make such facilities readily accessible to and useable by individuals with disabilities to the extent required by Subchapter III of Chapter 126 of Title 42 of the United States Code. 42 USC ' 12188 (a)(2) 2000. The Parties having had reviewed the property with the consultation of expert witness,

stipulate that alteration of bathroom floor spaces including sink and toilet modifications are not readily achievable due to construction and design of existing facilities.

IT IS HEREBY stipulated and agreed as part of resolution of the above-referenced lawsuit, that the Defendants shall pay to Counsel for the Plaintiff's Trust Account all attorney fees, expert fees, costs and expenses as set forth in the parties' Settlement Agreement. The parties acknowledge that costs incurred are necessary, reasonable, and customary and represent the time necessary to completion of this process billed at a reasonable hourly rate.

Wherefore, Plaintiffs and Defendants respectfully request this Court to approve and enter judgment on the Consent Decree and retain jurisdiction to enforce the Consent Decree and Dismiss the Case with Prejudice.

| FOR THE DEFENDANT | FOR THE PLAINTIFF |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| By: /s/ Donald J. Thomas<br>DONALD J. THOMAS, ESQ.<br>Florida Bar No. 834599<br>BEARDEN, LEWIS & THOMAS LLP<br>445 East Palmetto Park Road<br>Boca Raton, Florida 33432<br>Telephone: 561/368-7474<br>Facsimile: 561/368-0293<br>E-Mail: don@beltlawyers.com | By: /s/ Daniel B. Reinfeld<br>DANIEL B. REINFELD, ESQ.<br>Florida Bar No.: 174815<br>DANIEL B. REINFELD, P.A.<br>Ives Dairy Commerce Center<br>20249 NE 16th Place<br>Miami, FL 33179<br>Telephone: (954) 558-8139<br>Facsimile: (305) 999-0397<br>E-Mail: dan@reinfeldlaw.com |

Respectfully submitted,

By: /s/ Jason M. Lazar
JASON M. LAZAR
Florida Bar No. 14489
INVESTMENTS LIMITED
215 N. Federal Highway
Boca Raton, FL 33432
Telephone: (561) 392-8920
Facsimile: (561) 447-7911
E-Mail: jlazar@investmentslimited.com